AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MEINRAD KOPP<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.<br>6:17-mj- 1488 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 26, 2017 - June 16, 2017  in the county of  Brevard, Orange  in the
Middle  District of  Florida, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempt to persuade, induce, entice, or coerce a minor to engage in illicit sexual activity. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael R. Spadafora, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/18/2017

*Judge's signature*

City and state:  Orlando, Florida  KARLA R. SPAULDING, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                    CASE NO. 6:17-mj- 1488

COUNTY OF BREVARD

## AFFIDAVIT

I, Michael R. Spadafora, after being duly sworn, depose and state:

1. I am a Task Force Agent with the United States Department of Homeland Security Investigations, formerly the United States Customs Service. I am currently assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of United States Immigration and Customs Enforcement in the counties of Brevard and Volusia, Florida, in the Middle District of Florida. I am a cross-designated law enforcement officer of the United States within the meaning of Section 1401(I) of Title 19, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Section 2510(7) of Title 18, United States Code.

2. In November, 2007, I was assigned as a Task Force Agent with the United States Immigration and Customs Enforcement, Homeland Security Investigations (ICE/HSI). I am currently employed by the Brevard County Sheriff's Office (BCSO) and assigned to the Special Victims Unit to investigate Internet crimes against children. I have been a sworn law enforcement officer in the State of Florida since April 27, 1998.

3. As a Task Force Agent, my responsibilities include investigating possible criminal violations of U.S. Customs and related laws. I have received over 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors in violation of 18 U.S.C. § 2422(b).

4. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and a review of documents provided to me by these witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing

probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. This affidavit is submitted in support of a criminal complaint against **Meinrad KOPP (KOPP)** for a violation of 18 U.S.C. § 2422(b). 18 U.S.C. § 2422(b) prohibits a person from using a means and facility of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense.

7. As set forth in more detail below, I believe there is probable cause that **KOPP**, using facilities and means of interstate commerce, that is, the Internet, a computer, and a cellular phone, did knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage, through an adult intermediary, to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd and Lascivious Battery, a violation of Fla. Stat. § 800.04(4); all in violation of 18 U.S.C. § 2422(b).

## INVESTIGATION

8. On April 26, 2017, I conducted an undercover investigation, from my office in Brevard County and elsewhere, on a deep/dark website that was dedicated to persons who had a sexual interest in children. On this date, I posted an ad within this website in an undercover capacity purporting to be a father of a thirteen year-old

3

girl. The ad read as follows: "[D]ad with young girl looking for others who enjoy fucking young girls. Serious only please."

9. On April 26, 2017, a user of the deep/dark website, namely, "driver1de" answered my ad via instant message. This user was later identified by law enforcement as **Meinrad KOPP**, a citizen of Germany and resident of Switzerland. **KOPP**'s response was, "[H]ow old is your girl." I informed **KOPP** that the child was thirteen (13) years of age.

10. On April 26, 2017, **KOPP** said, "I really would like to fuck you girl." **KOPP** also said, "I'd love for anything related to SM, humiliation and degradation." The term "SM" stands for sadomasochism.

11. Over the course of two months, **KOPP** and I engaged in communications via instant message and email, via the use of the Internet. **KOPP**'s communications were intended to persuade, induce, entice, or coerce a minor to engage in illicit sexual activity. To that effect, **KOPP** further elaborated, "I'd like to touch her tits and pussy when I arrive and she has to allow that" and "I also like to talk dirty to her and ask her to slowly strip naked, piece by piece over a long time." He also stated, "I'd love if she had a hairy cunt that is very humiliating to her."

12. **KOPP** also indicated that he wanted to ejaculate in the child's mouth and "I'd like to have her kneelon the table spreading her ass and cunt while we eat. I

can insert food in her cunt before I eat it." **KOPP** expressed his desire to insert spicy chicken fingers into the child's vagina and lick the spice out of the child's vagina.

13. On April 27, 2017, **KOPP** sent me an instant message saying he had travel details. I did not answer this instant message, at which point **KOPP** provided his deep/dark website email address. **KOPP** had previously disclosed to me that he lived in Europe and would be in New Jersey during the month of June.

14. On April 28, 2017, **KOPP** said he would fly from New Jersey to Orlando on June 15 and would arrive at 9:45 p.m. **KOPP** indicated that when he met the 13-year-old child he did not want her to wear a bra so he could grab her "tits and not her bra." **KOPP** also said he thought about bring a collar and leash, and asked for authorization to take the child outside and "just treat her like a dog." **KOPP** further said, "I was wondering if I [could] hang some weights to her cunt lips and have her walk, maybe serve us dinner." **KOPP** also asked me if "tit slapping" and "cunt slapping" was okay. **KOPP** further said, "I can try how many fingers she can take in her cunt." **KOPP** thought the child could take four of his fingers. **KOPP** clarified that this could be "a bit painful, I like it anyway."

15. On May 1, 2017, **KOPP** raised the same subject during an instant message conversation, "seriously do you think I can try my hand?" I told **KOPP** I was not sure how far he would get because the child was small. In response, **KOPP**

5

asked me to help him by holding her in place and "great she'll scream" … "she will suffer some pain."

16. On May 4, 2017, during an instant message conversation **KOPP** said, "I want to cum in her mouth" and "I will mainly cum on her face and mouth, I want that she is not cleaning it off, it is part of training and humiliation." During the conversation, **KOPP** said "3 weeks to meet you and [...] bitch." He then said, "[C]an't wait to hurt her."

17. **KOPP** then asked, "[I] can still slap her and force her to strip." He also asked, "[D]o you think we can handcuff her overnight?" I then said, "[J]ust handcuff her?" **KOPP** responded, "[I]f your ok spread eagle her on her bed and tie her to the poles of the bed and fuck and beat her and of course keep her the whole night in that position." **KOPP** also said, "[W]ho cares if she likes it or not."

18. On May 8, 2017, during an instant message conversation **KOPP** told me he had sexually abused children in the past. **KOPP** said the child was eleven (11) years of age, and the child's father help him give the child "a very hard beating in her cunt with a leather belt." I asked **KOPP** if the child enjoyed it, to which he replied, "no, no not at all she cried." **KOPP** told me that was fun for him and "it just hurts like hell." I asked **KOPP** if he had sex with the child, to which **KOPP** told me, "[N]o just beating, it was fantastic, almost better than fucking."

6

19. On June 2, 2017, during an instant message conversation, **KOPP** said, "[C]an't wait to slap tits and pussy." **KOPP** then said, "I am tempted to wax her pussy, but that would be quite hard." When I asked how that was done, **KOPP** stated, "[J]ust use tape very easy." **KOPP** then said, "[P]ut adhesive tape on her pussy and tear the hairs off just like using wax strips." I asked if that hurt, to which **KOPP** said, "[Y]es it does!!! That's the fun part-for me! she'd cry." **KOPP** also said he wanted my daughter to wear a very short top when we picked him up at the airport and he wanted her not to wear a bra or slip." **KOPP** then said "so I can get immediate access to her fuck hole."

20. During the conversation, **KOPP** said he made contact with another person who had access to a 17-year-old female. **KOPP** said the person would allow him to beat the 17-year-old minor hard. I asked what would this person let him do. **KOPP** replied, "[H]ard ass, tit and pussy beating violent mouth/skull fuck."

21. On June 6, 2017, I received an instant message from **KOPP** in which he confirmed that he bought his plane ticket to Florida. **KOPP** said he would arrive in Orlando on Friday June 16, 2017, at approximately 1735 hours.

22. On June 7, 2017, I received an instant message from **KOPP** indicating that he would be arriving on a United Airlines flight. During the conversation I told **KOPP** that my daughter wanted to make him something nice to eat. **KOPP** replied, "[H]er pussy?" **KOPP** then said, "[W]ill you help me stretch [her] pussy to open it

7

as much as possible." I asked how we would do that, to which **KOPP** stated "with our hands." **KOPP** then said, "I can ask her to do it herself but want to open it more and then look inside with a torch."

23. **KOPP** further stated, "so you think it is still ok if I taped [her] bush and remove her hair this way before I leave. Tell me openly please." I responded, "[Y]es." **KOPP** then said, "[O]k fantastic. it is not a painless way to remove her hair though, thats why I am asking." **KOPP** then said, "she'll get my cum on her breakfast in return and lots of pussy and asshole licking and tits of course."

24. I once again reminded **KOPP** of the my daughter's age by saying, "[B]e new experience for my girl I told her bein 13 not many girls are this lucky." **KOPP** replied, "[G]ood, you tell her this part. Not many 50+ ate lucky to meet 13 yo girls. I feel privileged and even more so by doing so many great and nasty things to [her]."

25. On June 9, 2017, I received an instant message from **KOPP** who said, "I am looking forward. I hope it hasn't been too bad for you fucking a hairy [girl]." **KOPP** then asked when my daughter's birthday was. I replied, "May 23," to which **KOPP** said, "[S]o she just turned 13 or is she 14 now." I told him she had just turned 13. **KOPP** replied, "[W]ow almost 12, very hot." During the conversation **KOPP** stated, he and I had to be careful so that we did not go to jail. **KOPP** stated he was bringing a camera to "get some nice pussy shots." **KOPP** then said he wanted to make a video with my daughter, in which he would "hang weights to her

8

pussy lips." I asked if he was bringing "that stuff." **KOPP** said, "[Y]es[,]" "I think she will cry, se we need to put something in her mouth, maybe her panties."

26.     **KOPP** then said, "I am very excited to see how wide we can open her pussy with our hands." I asked if that would hurt, to which **KOPP** responded, "[If we stretch her much, yes." I told **KOPP**, "hope screaming won't bother u." **KOPP** responded, "[O]h no, no, no, not at all I love it." **KOPP** told me we had to be careful so the neighbors would not hear my daughter's screams. I suggested turning the television louder. **KOPP** responded that would not be enough and said, "[W]e must stuff her mouth with a pantie she has been wearing for a week." I asked why a week, to which **KOPP** said, "it stinks."

27.     On June 16, 2017, at approximately 1730 hours, **KOPP** arrived at the Orlando International Airport. After **KOPP** retrieved his luggage, I made contact with him in the United Airlines arrival area of the airport. Believing I was the father of the notional 13-year-old child, **KOPP** entered my vehicle and during a video and audio-recorded conversation, **KOPP** made the following summarized statements: **KOPP** brought clamps and weights to attach to the child's vagina. **KOPP** said he wanted to try and pull the child's vagina pubic hair out using tape. **KOPP** also said he wanted me to photograph him while he used his hands to open the child's vagina. **KOPP** further talked about an incident where with the help of an 11 year-old's father, he beat the child's vagina with a leather belt.

9

28. Once I was within Brevard County area, a BCSO patrol deputy conducted a pre-arranged traffic stop on the vehicle I was driving. BCSO agents removed **KOPP** from the vehicle and **KOPP** was advised of his *Miranda* rights. **KOPP** waived his rights and agreed to provide a statement. During the audio-recorded interview, **KOPP** stated, in essence, the following: Several months prior to his arrest, **KOPP** met the father of a 13-year-old child through an online instant messaging application via the deep/dark web. The screen name he used was, "driver1de." He communicated with the father of the minor through both chat and email. The email he used was, "driver1de.[xxx.xx]." **KOPP** used his home computer in Switzerland and a Lenovo laptop to communicate with the father of the minor through email. Agents read some of the communications between **KOPP** and the father of the 13-year-old minor to **KOPP**. **KOPP** confirmed he was the person involved in those chat conversations with me. **KOPP** said he flew to Florida from New Jersey with the only purpose of conducting sexual acts with the 13-year-old child. **KOPP** brought clamps, rope, tape, weights, a bottlebrush, and a flash light that were recovered from his luggage. **KOPP** also brought a camera in order to take images or videos of the sex acts he intended to perform on the child. **KOPP** stated he also downloads child pornography and saves it to his hard drive at his residence.

## CONCLUSION

29. I believe there is probable cause that **Meinard KOPP**, using a facility and means of interstate commerce, that is, the Internet, laptop computer and

cellphone, did knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd and Lascivious Battery, a violation of Fla. Stat. § 800.04(4), all in violation of 18 U.S.C. § 2422(b).

Michael Spadafora
Task Force Agent
Homeland and Security Investigations

Sworn to and subscribed before me this ____ day of June 2017.

The Honorable Karla R. Spaulding
United States Magistrate Judge