U. S. District Court
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** ___1___

Case No.: 6:17-cr-159-Orl-40DCI

UNITED STATES OF AMERICA

vs.

MEINRAD KOPP

Date Identified: _____

Date Admitted: _____

# April 26, 2017

driver1de: hi

driver1de: how old is your girl?

kinkyfunguy: 13

driver1de: wow, great age

driver1de: do you fuck her?

kinkyfunguy: yeah and share

driver1de: that is wonderful if you share her, many men are certainly very happy

driver1de: how many guys have fucked her so far?

kinkyfunguy: only 5

driver1de: oh ok, thats not too many, have you only started sharing her?

kinkyfunguy: for about a year but hard to find others who are serious

driver1de: really? cant believe that

kinkyfunguy: lol everybody talks but when it comes down to it there all afraid

driver1de: haha, if you invite me I'll be there next week

driver1de: ☺

kinkyfunguy: lol u serious

driver1de: of course I am

kinkyfunguy: where ya from us florida

driver1de: I am from Europe, you are in US?

kinkyfunguy: lol yeah too far

driver1de: no, not at all. I am in the US in June

driver1de: I travel regularly to the US

kinkyfunguy: really where ya goin

driver1de: NJ

driver1de: I can come easily down to Florida

kinkyfunguy: that would be awesome bro

driver1de: oh yes, it would be fantastic

driver1de: I am there in week of June 12

kinkyfunguy: cool

driver1de: I really would like to fuck you girl

driver1de: are you doing other things with her?

kinkyfunguy: like?

driver1de: being a little harsh with her I mean

kinkyfunguy: just starting but i don't have any experience in that

driver1de: did you do anything yet? or what are your plans. I could help you

kinkyfunguy: interested in being dom have to tell u im straight

driver1de: dom – you talk about SM or humiliation?

kinkyfunguy: yeah

driver1de: wow, I guess I just won the lottery in finding you

kinkyfunguy: you into that too

driver1de: absolutely, yes

kinkyfunguy: awesome!!!!!

driver1de: are you there in that week June 12? I hope you are not out in holidays somewhere

kinkyfunguy: no we will be here

kinkyfunguy: we live by cocoa beach

driver1de: awesome!

kinkyfunguy: im Mark BTW

driver1de: I am Markus, quite close, funny

kinkyfunguy: lol too funny

kinkyfunguy: would you need me to pick u up at airport

driver1de: what airport should i go to, Miami, Orlando?

kinkyfunguy: orlando or sanford or melbourne

driver1de: ok, I'll check flight options tomorrow

kinkyfunguy: ok cool

driver1de: would you be ok, if I stayed a weekend? or maybe Friday, Saturday?

kinkyfunguy: yeah of course you want me to host

driver1de: you are so great

kinkyfunguy: you said you wanted to help with my girl

driver1de: sure, I'd love for anything realted to SM, humiliation, degradation

kinkyfunguy: mmmmm how would you start bein she is just 13 i don't want to scare her with to much to quick

driver1de: we start slow and easy

kinkyfunguy: mmmmm ok

driver1de: I hope she is skinny, the only thing I dont like is fat girls

kinkyfunguy: lol no super thin

kinkyfunguy: 108 pounds

driver1de: how tall

kinkyfunguy: 5'3"

driver1de: that's very nice

kinkyfunguy: i think so but im her daddy lol

driver1de: are willing to share a pic?

kinkyfunguy: reg ones

driver1de: ok

driver1de: fine

UC PICTURE SENT "MISSY"

driver1de: wow, she is very cute

kinkyfunguy: ty

driver1de: I'll see her nude later anyway

kinkyfunguy: yep for sure

kinkyfunguy: how are you going to strat training her

driver1de: well, does she knwo why I am coming?

kinkyfunguy: i will tell her

driver1de: so it really depends what you think is acceptable, I'd like to touch her tits and pussy when I arrive and she has to allow that

driver1de: btw what's her name?

kinkyfunguy: yeah she would be good with that her name is Morgan

driver1de: great, I also like to talk dirty to her

000005

driver1de: and ask her to slowly strip naked, piece by piece over a longer time

kinkyfunguy: mmmmm

driver1de: I'll give her slpas in the face if she does not obey

kinkyfunguy: nice

driver1de: when she is totally nude, she must go down spread her ass and show her cunt

kinkyfunguy: awesome!!!!!

driver1de: I'd think this is slow and easy enough

driver1de: if it goes like this

kinkyfunguy: sounds like u have experience with girls my daughters age

driver1de:

driver1de: does she shave?

kinkyfunguy: yes of course

driver1de: ok, I would not mind if she didn't

kinkyfunguy: you want me to have her stop

driver1de: yes, I'd love if she had a hairy cunt

driver1de: that is very humiliating to her, I am pretty sure

kinkyfunguy: ok i'll have her stop today

kinkyfunguy: lol just let me know if you can't make it

driver1de: OH I WILL MAKE IT. she'll have a nice bush in 6 weeks from today

kinkyfunguy: yes very hairy

driver1de: is she normally very hairy?

kinkyfunguy: kinda

driver1de: ok, its nice when she has to wear a tiny bikini and her cunt hairs pop out at all sides

kinkyfunguy: yeah think that would be very embrassing for her

driver1de: wonderful! I like it

kinkyfunguy: lol

driver1de: how did you get her to the point that she is being fucked by others?

kinkyfunguy: i told her it would make me very happy to see that

driver1de: wow, she is a good girl

driver1de: makes her dad happy

kinkyfunguy: yeah she loves her daddy and would never do or say anything to get daddy in trouble or his friends

driver1de: amazing. when was her first time?

kinkyfunguy: she was 12 met a dude online and came over he was very gentle with her and she enjoyed herself

driver1de: you fucked her before that?

kinkyfunguy: yeah i started when she was 11 i got her in my divorce the ex is totally out of the pic and i have full custody

driver1de: has been fucked kind of rough already or has it been more gentle?

kinkyfunguy: i started being rougher with her but not to scare her

driver1de: sure, slow is better, she is still young, but may have a bf soon

kinkyfunguy: she has one now me lol

driver1de: hahahaha,  i like it

kinkyfunguy: lol

driver1de: I look at her pic and love her

driver1de: like to pull one side of her bra down and the she has to stay like this for an hour or two

kinkyfunguy: nice

driver1de: I wonder what her reaction will be when I grab her tits and cunt the first moment I see her

kinkyfunguy: lol idk but can't wait to see it

driver1de: me too!!!!!!

kinkyfunguy: mmmm

driver1de: I cum in her mouth?

kinkyfunguy: you are ddf right

driver1de: I cum in her mouth?

kinkyfunguy: you are ddf right

driver1de: ddf?

kinkyfunguy: drug disease free

driver1de: ah, yes of course

kinkyfunguy: ok be cool

driver1de: and then keep her mouth shut, so she cant spit it out

kinkyfunguy: nice

kinkyfunguy: you have a laptop comp

driver1de: yes, why?

kinkyfunguy: up to u if u bring it we could record it and put it on it for you to remember i don't send anything online

driver1de: yes!!!!!

driver1de: although, I am not hoping this visit is going to be the only one!

kinkyfunguy: i hope not

kinkyfunguy: i think i found my long lost brother

driver1de: you did man!

driver1de: you have another pic of her, she is so cute!

kinkyfunguy: yea

UC PICTURE SENT "BABY GURL"

driver1de: what a cutie, unbelieveable

driver1de: cant wait to see her nude

driver1de: doing close ups of her pussy with my camera

kinkyfunguy: yes should be a lot of fun how did you find us anyways

kinkyfunguy: yeah if you want to take pics bring your camera if you want

kinkyfunguy: yeah if you want to take pics bring your camera if you want

driver1de: found you on torchat id directory

kinkyfunguy: o ok

kinkyfunguy: well glad u did

driver1de: oh i am glad

driver1de: i'd like to have her kneeling on the table spreading her ass and cunt while we eat. i can insert food in her cunt before i eat it

kinkyfunguy: that sounds so cool bro

kinkyfunguy: what kinda food u thinkin

driver1de: chicken fingers, spicy ☺

kinkyfunguy: lol ouch

kinkyfunguy: u serious bout that bro

driver1de: i'd like to yes, but only if you dont thinkl it is too extreme for the beginning. i will like the spice out of her cunt

driver1de: lick

kinkyfunguy: no that would be hot to watch

driver1de: have others done anything similar to her yet?

kinkyfunguy: hell no lol you would be the first

driver1de: wow, wow, wow

kinkyfunguy: well i have to run, let us know if you change your mind i know a lot just talk

driver1de: i am not stupid. we have a deal

kinkyfunguy: you got it my brother

driver1de: how regular are you online?

kinkyfunguy: pretty much all day being a single parent i don't have time at night cause of house chores

driver1de: ok, we have 6 hours time difference

driver1de: i am normally by 8 or 9 pm

driver1de: thats 2pm, 3 pm your time

kinkyfunguy: ok cool let me know about the flights

driver1de: will do tomorrow

driver1de: tell Morgan i love her

kinkyfunguy: i'll tell her all about you

driver1de: i hope she will not be scared

driver1de: and btw i am 52

kinkyfunguy: lol im 54

driver1de: mark is 54, markus is 52

kinkyfunguy: lol

driver1de: i'll be fucking morgan in my dreams tonight

kinkyfunguy: lol sweet dreams talk to you later

driver1de: ttyl

**April 27, 2017**

000011

Driver1de: hey

I have travel details

hi, I think I may be on for another hour or so.

it'll be great if you found my messages

just in case Tox is not working sometime

here's my e-mail address you can use

driver1de@gmx.ch

would be great if you send me your or morgan's email

April 28, 2017

driver1de: are you there?

kinkyfunguy: hey Markus

driver1de: hey

kinkyfunguy: hey buddy

driver1de: good to meet you

driver1de: got travel details

kinkyfunguy: really?

driver1de: flying from NJ on Thursday June 15 to Orlando

driver1de: arriving in Orlando at 9.45pm

kinkyfunguy: cool you want me to pick you up

driver1de: I am planning to leave Saturday 2:40pm

driver1de: yes, that would be cool

kinkyfunguy: ok just need the flight info so i know which gate to meet you at

driver1de: ok, i will provide that later

kinkyfunguy: ok

driver1de: did you speak to morgan already?

kinkyfunguy: yes she is very excited

driver1de: oh is she? Brilliant

kinkyfunguy: yes

driver1de: and she stopped shaving?

kinkyfunguy: yea wasn't sure if you were serious but told her to stop just in case

driver1de: yes, i am serious, i like hairy cunts

kinkyfunguy: nice

driver1de: especially on a teeny

kinkyfunguy: well if you change ur mind let me know a 13 yo with a hairy cunt isn't that attractive to me lol

driver1de:

driver1de: she can always shave that very evening if need be

kinkyfunguy: lol no its ok

driver1de: or i can shave her

kinkyfunguy: if you want

driver1de: why not, maybe before i leave ☺

kinkyfunguy: lol deal

driver1de: good!

kinkyfunguy: i know this might sound stupid but you speak english right

driver1de:

driver1de: at least i can type !

driver1de:

kinkyfunguy: what are the little squares

driver1de: dont see squares?!

driver1de: should be smilies

kinkyfunguy: o

driver1de: i am not a native speaker, but english is almost my second mother tongue

kinkyfunguy: awesome

driver1de: oh, could you tell her to not wear a bra that day when we meet

driver1de: i want to grab her tits and not  her bra

kinkyfunguy: yeah sure i was telling her about you maybe wanting to train her

driver1de: what did she say?

kinkyfunguy: she said it sounded like it could be fun

driver1de: mmmmh, nice

driver1de: i thought bringing a collar and a leash

kinkyfunguy: that would be awesome bro

driver1de: could i go outside with her?

kinkyfunguy: in our back yard?

driver1de: yes

kinkyfunguy: of course what you gonna do with her out there

driver1de: just treat her like a dog

kinkyfunguy: how you do that

driver1de: she musz go down and i have her on the leash and walk through the back yrd with her

kinkyfunguy: ok

driver1de: just a nice lil game

kinkyfunguy: lol sounds fun

driver1de: i was wondering if i cut hang some weights to her cunt lips and have her walk, maybe serve us dinner. what do you think?

kinkyfunguy: do what??

driver1de: attach weights to her cunt lips, soory for the typo

kinkyfunguy: how do you do that

driver1de: oh, easy, with clamps

kinkyfunguy: what kind of weights

driver1de: not too heavy of course

driver1de: need to try what is still good

kinkyfunguy: ok we could try if you want

driver1de: would be great

kinkyfunguy: lol ok

kinkyfunguy: think she would be able to walk tho

driver1de: yes, depends on the weights

kinkyfunguy: ok never really see that before

driver1de: looks really nice

kinkyfunguy: i bet

driver1de: the coolest thing would be if we went to home depot and bought it together with her

kinkyfunguy: we could theres a lowes down rthe street

driver1de: wow, we dont we do that

driver1de: and to pet store and buy collar and leash

kinkyfunguy: you don't want the weights then

driver1de: sure i want

kinkyfunguy: o ok

driver1de: what is she doing now?

kinkyfunguy: she is in school

kinkyfunguy: i prob won't be able to talk to you till monday, weekends are very busy for me being a single dad of a 13 yo i have food shopping laundrey house cleaning wash car lol

driver1de: thats ok

driver1de: maybe morgan is on some time

kinkyfunguy: did you buy tickets yet

driver1de: no, will do next week

driver1de: just sorted out details and make sure youre ok

kinkyfunguy: ok check sanford airport see if any deals there

driver1de: will do

kinkyfunguy: easier to get in and out

driver1de: i need a connection to newark thoigh

kinkyfunguy: ok

driver1de: i have the tickets for a round trip to newark already

kinkyfunguy: ok by home

driver1de: what do you mean?

kinkyfunguy: u said you have round trip i thought from newark to where u live

driver1de: oh, yes, correct

driver1de: just need to fit in the trip to morgan and you ☺

kinkyfunguy: o ok no worries

driver1de: is there anything you absolutely do notwant me to do?

kinkyfunguy: no scat or piss

driver1de: woah, no no!

driver1de: thats disgusting

kinkyfunguy: yeah ewwww

driver1de: tit slapping ok?

kinkyfunguy: of course

driver1de: cunt slapping?

kinkyfunguy: yes that cool

driver1de: nice

driver1de: i can try how many fingers she takes in her cunt?

kinkyfunguy: yes of course

kinkyfunguy: how many you think

driver1de: four

kinkyfunguy: idk she is kinda small

driver1de: ok, we'll see

driver1de: you think 4 is too many?

kinkyfunguy: idk you mind if she screams

driver1de: no

driver1de: you?

kinkyfunguy: no

driver1de: if you're ok if it can be a bit painful, i lke it anyway

kinkyfunguy: be fine with me

driver1de: great, lets try then

driver1de: it's best done doggy style

driver1de: you can take pics for me

driver1de: does she normally sleep naked?

kinkyfunguy: yes she does

driver1de: good, i can get to her anytime then

driver1de: and fuck her

driver1de: how often do you fuck her?

kinkyfunguy: me like twice a week

driver1de: ok, and others in between

kinkyfunguy: yes if available hard to find tho

driver1de: you said that

kinkyfunguy: its true

driver1de: oh, no reason not to believe you, even better for me though

kinkyfunguy: lol yess

driver1de: she is doing blowjobs?

kinkyfunguy: of course

kinkyfunguy: i like that

driver1de: oh, me too!

kinkyfunguy: lol we are like long lost brothers lol

driver1de: indeed

kinkyfunguy: well hope it all works out and you enjoy yourself

driver1de: from all i know, i will

driver1de: if you have her with you when you pick me up at the airport i hva to hold back no to grab her tits and cunt at the airport arrival

kinkyfunguy: lol that would get us both arrested lol

driver1de: yep, for sure

driver1de: i may start eating her cunt in the car

kinkyfunguy: in the car no problem no one can see

driver1de: ok, no bra and no slip

kinkyfunguy: no problem lol

driver1de: excellent. I^ll check connections to sandford and we'll align next week monday

kinkyfunguy: ok have a great weekend Markus

driver1de: you too, give morgan a kiss on behalf of me

kinkyfunguy: will do

driver1de: or is it sanford?

May 1, 2017

kinkyfunguy: yea or melbourne better yet

driver1de: ok, I checked to sanford, no flights from newark to sanford

kinkyfunguy: hey Markus I think melbourne does

driver1de: ok, will check that one out

kinkyfunguy: Morgan said to say hi

driver1de: oh thank you, please say hi back to her

kinkyfunguy: will

kinkyfunguy: do

driver1de: what is she doing? no school today?

kinkyfunguy: yeah she told me over the weekend

driver1de: oh ok

kinkyfunguy: ok bro you sound busy i'll let you go

driver1de: I am checking out nice teenie pics of nude teens

kinkyfunguy: mmmm

kinkyfunguy: ok bro caught you later

driver1de: you know this link?

driver1de: http://hb2z3skucfnjdrj7.onion/chat.php

driver1de: tons of pics

kinkyfunguy: no never been there

driver1de: all sort of ages

driver1de: of course i like more the 11-15

kinkyfunguy: i like them all lol

driver1de: you must check this out then

kinkyfunguy: ok will do

driver1de: morgan should see it too

driver1de: also pics where teen couples fuck each other

kinkyfunguy: mmmm very nice

driver1de: you need tor browser thoug and set security to high

kinkyfunguy: ok yeah not lookin to go to jail

driver1de: im horny now. i'd like to force my hand in morgan's cunt

kinkyfunguy: lol i bet well June will be here soon enough

driver1de: cant wait

kinkyfunguy: yeah will be fun

driver1de: seriously, do you think i can try my hand?

kinkyfunguy: you want to

driver1de: i'd love to

kinkyfunguy: idk how far you'll get tho she is small

driver1de: would you help me? just hold her in place?

kinkyfunguy: yeah

driver1de: great

driver1de: she'll scream

kinkyfunguy: i know lol

driver1de: if you dont mind that she will suffer some pain

kinkyfunguy: well as long as we don't hurt her where she needs medical attention

driver1de: of course not

kinkyfunguy: yeah have to very careful

May 4, 2017

driver1de: hi, i am late tonight

driver1de: Hey Mark

kinkyfunguy: hey Markus

driver1de: hey

driver1de: good to see you

driver1de: you're doing ok? morgan ok as well?

kinkyfunguy: yes thank you good to see u too

driver1de: I am on vacation from Wed next week to May 29

driver1de: so I will only be able to send e-mail from time to time

kinkyfunguy: no problem enjoy urself brother

driver1de: I will

driver1de: going to Japan and I will hopefully see very skinny girls

kinkyfunguy: nice looking for young ones

driver1de: yes

kinkyfunguy: u know someone there

driver1de: no, I dont

driver1de: it will be tough to find girls, I am not expecting it really

driver1de: just get a few glances at girls

kinkyfunguy: lol ok

kinkyfunguy: thought u had a hookup

driver1de: no

driver1de: not easy. I dont speak Japanese

kinkyfunguy: yeah that would make it hard

driver1de: are morgans cunt hairs growing?

kinkyfunguy: lol bro yes didn't think so fast

driver1de: really? nice if they grow fast

kinkyfunguy: those 13 yo hormones must be kickin in or something

driver1de: hopefully she'll have a full bush

kinkyfunguy: trust me she will pro before u come if ur still coming

driver1de: she willl what before I come?

kinkyfunguy: yeah have a full bush

driver1de: mmmmm.... good

driver1de: sending you a pic

kinkyfunguy: k

driver1de: sent image "uzcvll.jpj"

driver1de: do you think she can dress like this?

kinkyfunguy: of course

kinkyfunguy: she already has cloths likek that

driver1de: great, and this is what I mean with weights at her cunt lips

kinkyfunguy: huh?

driver1de: sent picture "y8xh4kxc.jpg

kinkyfunguy: o i see nice well depending on when you get in we could go shopping for the stuff like u saaid I not sure what to get

driver1de: exactly. you may want to show her this pic, but I am sure she has seen this quite often already

kinkyfunguy: no i don't think she has, but will show her

driver1de: good

driver1de: is she watching hard core pornos?

driver1de: sometimes you can see such stuff

driver1de: this is not hurting though at all. the weights should be heavier

kinkyfunguy: how heavy of weight are you looking to use on her

driver1de: 250 gr each side

driver1de: maybe a bit more

driver1de: we'll see

kinkyfunguy: i don't know what that is in pounds

driver1de: half pound about

kinkyfunguy: o ok

driver1de: 1 pound each side can be our target

kinkyfunguy: ok will it hurt her

driver1de: yes, but it wont make any damage

kinkyfunguy: ok she can't go to the hospital

driver1de: no, definitely not

kinkyfunguy: ok

driver1de: however i would not want to stop already when she starts moaning

driver1de: a bit more

kinkyfunguy: lol thats fine as long as no damage is done

driver1de: yep

kinkyfunguy: lol you sure u wanna come all the way over here tho

driver1de: yes

kinkyfunguy: awesome

driver1de: is she still in school now?

kinkyfunguy: no but im at work

driver1de: ah

driver1de: otherwise you could show her the pic now

kinkyfunguy: yeah i'll show her similar pic if you want now that i have an idea

driver1de: sure

driver1de: you have one?

kinkyfunguy: one?

driver1de: a pic

kinkyfunguy: no but i can look

driver1de: ok, it'll be exciting if she knows what we are looking for when we go shopping for this stuff

kinkyfunguy: yeah for her to know we are going to hurt her

driver1de: i have to examine her cunt carefully before

driver1de: so i kmow what fits and she also has to tell us in the shop

driver1de: too bad we cant try it on there ☺

kinkyfunguy: yeah

kinkyfunguy: in the store?

driver1de: yes,  but just kidding

driver1de: i lmow thats not gonna work

kinkyfunguy: yeah we would both end up in jail lol

driver1de: but we can talk about it. we dont speak to her, just you and i talk abou it

driver1de: and pretend she is not even there

kinkyfunguy: yes lol

kinkyfunguy: sounds like were going to have a busy weekend

driver1de: hope so. it will be quite embarrassing for her

kinkyfunguy: yesss lol

kinkyfunguy: sounds like were going to have a busy weekend

driver1de: hope so. it will be quite embarrassing for her

kinkyfunguy: yesss lol

driver1de: she knows i will face and tit slap her?

kinkyfunguy: i didn't tell her yet

driver1de: will you?

kinkyfunguy: if you want

driver1de: let me think about

kinkyfunguy: ok while ur on vacation

driver1de: yes

kinkyfunguy: ok

kinkyfunguy: well i have to run Markus

driver1de: yes, I need to go sleeping too. it is past midnight

kinkyfunguy: ok have a good sleep

driver1de: have great rest of your day

kinkyfunguy: ty

# May 8, 2017

000029

driver1de: did not do this?

kinkyfunguy: yes i do

driver1de: i want that she is not cleani8ng it off, it is part of traing and humiliation

kinkyfunguy: ok how long you want her to wear ur cum?

driver1de: at least a couple of hours or longer

kinkyfunguy: lol ok

kinkyfunguy: so how long you going to be gone

driver1de: 2 weeks until 24 may

kinkyfunguy: very nice

driver1de: yeah i hope so. and coming back it is only 3 weeks to meet you and morgan bitch

kinkyfunguy: we can't wait

driver1de: oh me neither!

driver1de: cant wait to hurt her

kinkyfunguy: mmmm nice did you want to stop at lowes to pick up the things we talked about

driver1de: yes, absolutely

kinkyfunguy: great hopefully they will be open when you arrive

kinkyfunguy: hopefully they will be open when you arrive

driver1de: oh sure, they will be open on a friday i hope.

kinkyfunguy: depending on how late you get here

driver1de: thursday will be probably too late

driver1de: 9.45

driver1de: pm

kinkyfunguy: at night

driver1de: yes

driver1de: they might be closed by that time

kinkyfunguy: yes but thats ok

driver1de: i can still slap her and force to strip

kinkyfunguy: yeah of course

driver1de: do you think we can handcuff her over nigth?

kinkyfunguy: just handcuff her?

driver1de: if you are ok spreag eagle her on her bed and tie her to the poles of the bed

kinkyfunguy: then what

driver1de: fuck and beat her and of course keep her the whole night in that position

kinkyfunguy: mmmm very nice Markus

driver1de: glad you like it

driver1de: morgan may not like it

kinkyfunguy: owell she better get use to it

driver1de: well said, who cares if she like it or not

kinkyfunguy: yes lol

driver1de: this all the first time she is expiriencing this stuff right?

kinkyfunguy: to this extreme do you have experience doing this with other girls morgan;s age or will this be your first time too

driver1de: at morgan's age it's not exactly my first time but it is at this length it is the first time

driver1de: its the first time i have the opportunity to do this over the course of a weekend

kinkyfunguy: nice before just a night

driver1de: a few hours yes

driver1de: how will morgan react? what do you think?

kinkyfunguy: i think at first she will cry and then she will begin to enjoy herself

driver1de: ok, it will be all sorts of actions, from humiliation to hurting her

kinkyfunguy: nice whats the youngest girl you did this too.mmmm lol can't wait to see

driver1de: 11

kinkyfunguy: did she enjoy herself

driver1de: no, no, not at all

kinkyfunguy: she cried

driver1de: oh yes, it was very hard beating in her cunt with a leather belt

kinkyfunguy: lol u did that

driver1de: with the help of her dad, yes

kinkyfunguy: wow so you just beat her cunt with a belt

driver1de: wow, that was fun for me

driver1de: it just hurts like hell, no real damage

kinkyfunguy: cool

kinkyfunguy: so you didn't fuck her

driver1de: no, just beating, it was fantastic, almost better than fucking$

kinkyfunguy: really?

driver1de: for me yes

kinkyfunguy: lol ok

driver1de: with morgan i can always use my fingers and hand in her cunt

driver1de: what is she expecting from my visit?

kinkyfunguy: lol she is unsure really

driver1de: so it will be a big surprise when i grab her tits and cunt hard when we meet first?

kinkyfunguy: yes lol she will totally surprised

driver1de: you're sure she will not just call 911?

kinkyfunguy: im sure she won't she loves her daddy and wouldn't do anything to get us in trouble

driver1de: ok good. that would catastrophic otherwise

kinkyfunguy: i don't even worry about that

driver1de: you may have to tell her that she has to allow that or slap her in the face

kinkyfunguy: allow what?

driver1de: that i grab her cunt and that she has to be accept what i tell and do to her

kinkyfunguy: she already knows but i will tell her in front of you

driver1de: ok, good

driver1de: did the guys that met her so far do anything else to her other than fuck her?

kinkyfunguy: no he just fucked her

driver1de: it was just 1? i thought its been 5

kinkyfunguy: 5 different guys all just fucked and sucked

driver1de: got it. how old were they?

kinkyfunguy: from 25 to 60

driver1de: oh nice, pretty wide range

kinkyfunguy: yes gave her varity

driver1de: did this all happen more recently?

kinkyfunguy: the last one was about 2 months ago

driver1de: you said it started when she was 11, did she have a stranger by that age

kinkyfunguy: no i had to get her use to me i started to share her about a year later

driver1de: by age 12, that is perfect. i guess she would also accept guys beyond 60

kinkyfunguy: she would accept whoever i told her to

driver1de: such a good girl

kinkyfunguy: thanks i think so

driver1de: do you want her to become a porn actress?

kinkyfunguy: idk never really thought about that

driver1de: young girls fucking old guys certainly would be a good niche

kinkyfunguy: yeah for sure lol and im an old dude

driver1de: me too

kinkyfunguy: lol

driver1de: please if you have, can you send me another pic?

driver1de: i love her so much

kinkyfunguy: im limited cause im at work

driver1de: ok, i see

kinkyfunguy: UC PICTURE SENT "637 JPG"

driver1de: wow, very nice

kinkyfunguy: ty

kinkyfunguy: well i should get back to work you at home now or working also

driver1de: haha, it is 10.30pm here

kinkyfunguy: lol lucky ur home

driver1de: i am, yes

kinkyfunguy: well have a good night my friend

driver1de: i'd like to stick my hands in ger t-shirt and twist her nipples

driver1de: ok, have a good time. see you then

kinkyfunguy: k talk to you later

June 2, 2017

driver1de: hi, i am back again

hi

hi

are you ok to talk now?

hi, i am on if you're there. i've also sent you an e mail

kinkyfunguy: hey brother

driver1de:     hey good to meet you

two weeks to go!!

kinkyfunguy: how you been how was ur trip

driver1de:   great trip

i've seen a lot of jap cunts

unfortunately all 18+

kinkyfunguy: that sucks

driver1de:    a bit, they have all been super skinny

kinkyfunguy: nice but too old huh?

driver1de:     yeah, too old

and touching was not allowed

kinkyfunguy:  why would u go there lol

driver1de:     true!!

love to push my hand in morgans pussy

kinkyfunguy:   lol well like ya said 2 weeks should be fun

driver1de:      did you prepare morgan for what's coming?

kinkyfunguy:  lol told her somethings not everything

driver1de:      good! ☺

kinkyfunguy:   did you get the tickets yet

driver1de:      will book next week, my business trip is booked. now need to get the tickets newark - orlando round trip  should be easy

kinkyfunguy:   cool just let me know so i need to know a little ahead of time so i know where to go

driver1de:     ok, sure. I'll book next week Tuesday, June 6

so you have enough time

and then we need to exchange cell phone #

kinkyfunguy: awesome bro we can't wait to meet u

driver1de:    really? great!

kinkyfunguy:  yep

driver1de:    cant wait to slap morgans tits and pussy

kinkyfunguy: mmm can't wait to see that

driver1de:    no one has ever done that?

kinkyfunguy: you would be the first

driver1de:    wow! fantastic

I am tempted to wax her pussy, but that would be quite hard

kinkyfunguy:  how do you do that

driver1de:    just use tape

very easy

kinkyfunguy: what!!!!

driver1de:    yep!

kinkyfunguy:  how do ya do that

driver1de:    well, put adhesive tape on her pussy and tear the hairs off, just like using wax strips

kinkyfunguy:  does that hurt

driver1de:    yes, it does!!!

kinkyfunguy:  mmmm

driver1de:    that's the fun part - for me!

she'd cry

kinkyfunguy:  nice almost like cutting really

driver1de:    hm, not sure, cutting is totally painless

kinkyfunguy: really?

driver1de: cutting the hairs with scissors?

why would that cuase pain?

kinkyfunguy: no skin

driver1de:  oh, you mean skin cutting?

kinkyfunguy: yeah heard about that you ever do that

driver1de:  no, never did that

            dont like when it gets bloddy

             bloody

kinkyfunguy: yeah

driver1de:   but this kind of forced epilation is fun and it hurts!

kinkyfunguy: what

driver1de:   hair removal

            she I do it?

kinkyfunguy: you want to do that

driver1de:   I am asking you

kinkyfunguy:  ok but i don't have tape

driver1de:   home depot will have it ☺

            or lowes, is that the name?

kinkyfunguy:  yep

driver1de:   she will wonder why we buy tape ☺

kinkyfunguy: lol yeah kinda weird

driver1de:   she has a full bush by now?

kinkyfunguy: yea

driver1de: mmmh, awesome

driver1de: she'll have to be naked all the time

kinkyfunguy: lol ok its summer

driver1de: let her wear a very short top when you pick me up

kinkyfunguy: ok i'll tell her

driver1de: no bra, no slip

kinkyfunguy: u got it

driver1de: great, so i can get immediate access to her fuck hole

kinkyfunguy: yeah easy

driver1de: ok, I^'ll send you my trip itineray on Tuesday

kinkyfunguy: awesome what do u like to eat

driver1de: I am esay, just a burger is good and for most of the time I'll be eating Morgans pussy

kinkyfunguy: hahahahaa!!!!!!

driver1de: and tits and asshole

kinkyfunguy: desert lol

driver1de:

driver1de: if you want to fuck her, would be fun too

kinkyfunguy: yes was planing that

driver1de: maybe we can both cum in her mouth

kinkyfunguy: that be cool

kinkyfunguy: guess she needs to rest up

driver1de: after the weekend?

kinkyfunguy: no b4 lol

driver1de: why is that?

kinkyfunguy: sounds like she is going to be busy

driver1de: she has a guest today????

kinkyfunguy: no b4 you get here

driver1de: oh, I'll arrive friday night

kinkyfunguy: ok

driver1de: yes, she may not have a relaxing we ☺

kinkyfunguy: lol sure that won't be a problem

driver1de: a gangbang would be nice, 4-5 guys

kinkyfunguy: idk bout that pro won't happren

driver1de: not enough cocks?

kinkyfunguy: no wouldn't be able to arrange it

driver1de: yeah, it's hard although hard to believe

kinkyfunguy: yeah somethings are impossible

driver1de: did she have another man lately?

kinkyfunguy: everybody scared

driver1de: hm, ok

driver1de: plenty of interest it sounds like

kinkyfunguy: yeah for sure

driver1de: a 13yo is every man's dream

kinkyfunguy: so you finding any other little cuties

driver1de: maybe

driver1de: i made contact to local guy

driver1de: hopefully he is not scared

driver1de: although that girl is 17

kinkyfunguy: ok little older

driver1de: but he said i can beat her hard

kinkyfunguy: really like what will he let u do with her

driver1de: hard ass, tit and pussy beating violent mouth/ skull fuck.

kinkyfunguy: she into that

driver1de: yes, apparetly. he said he will confirm today

driver1de: hopefully he does

kinkyfunguy: nice meet him on tor

kinkyfunguy: think more by u then here

driver1de: not tor, its a local platform

driver1de: no, no, i want morgan

driver1de: she's my love

kinkyfunguy: lol cool well i have to run will u be on monday?

driver1de: i think so, yes

driver1de: its a holiday in europe

kinkyfunguy: really what holiday

driver1de: pentecoaste

driver1de: not sure if the spelling is right

kinkyfunguy: ok well if not monday then tuesday

driver1de: latest, yes

kinkyfunguy: ok Markus stay safe my friend

driver1de: you too, kisses for morgan

kinkyfunguy: k ttyl

June 7, 2017

driver1de: hi my friend

driver1de: i bought the tickets today

driver1de: hi mark, still on?

driver1de: Hi buddy, you have some time to talk?

kinkyfunguy: hey Markus

driver1de: how are you?

kinkyfunguy: doin good you good news about the tickets

driver1de: yep, I will not have as much time as I had wished, but still some good time, assuming we are not sleeping too much that night from Fri to Sat ☺

kinkyfunguy: lol not thinking that you are going to want to sleep lol

driver1de: that's not my primary objective ☺

driver1de: so will Morgan still be in at school by the time when you pick me up? 5.35pm about.

kinkyfunguy: no should have enough time to pick her up

driver1de: great! I hoped school ends earlier on a Friday

kinkyfunguy: what plane are you coming in on the airport has two terminals

driver1de: I am flying United

kinkyfunguy: o ok i'll follow the sign for united

driver1de: we should exchange cell phone numbers at some time

driver1de: we can do it next week if you like

kinkyfunguy: cool yeah that would be good

driver1de: so at least we can text if we are having trouble to find ourselves at the airport

kinkyfunguy: yes big place

driver1de: yeah. can I ask you for a favor?

kinkyfunguy: whats that

driver1de: ok, what we do is a rsik right? If I get caught for child abuse my trip will be extended significantly. So could you strip Morgan and put a finger in her pussy. I do trust you, but that would help me more

kinkyfunguy: you want a pic like that

driver1de: if you have one, that would be great, but also when I am there

kinkyfunguy: i don't mind in person but i don't send pic like that too risky for us

driver1de: agree, that's not what I am asking. I want us to stay safe, all three of us. so, yes, in person when I am there.

driver1de: it means that I need to hold back a bit until we arrive at your place, but it is worth it

kinkyfunguy: yes trust me it's definately worth it

driver1de: and I'll behave perfectly in public 😊

kinkyfunguy: lol

kinkyfunguy: picking uncle Markus up from the airport

driver1de: haha, why dont you write this on a piece of paper that you are holding in the arrival area

kinkyfunguy: ok will do i'll hold a sign uncle Markus

driver1de: then I can hug you and Morgan, I hope that is not too direct already

kinkyfunguy: no that would be fine

driver1de: could Morgan wear a tight top that leaves her belly blank? is that too obscene?

kinkyfunguy: no thats fine

driver1de: mmm, good. it is summer and hot over there in FL

kinkyfunguy: yes been raining but should be in the 90's

driver1de: wow, very hot for me. I am not used to this

kinkyfunguy: lol i have ac no problem

driver1de: ok, but Morgan should be naked all the time, so dont make it too cold

kinkyfunguy: lol do you want to stop at lowes so you could buy the things you talked about or not up to you

driver1de: I will bring a few toys with me, there may not be a need to stop

kinkyfunguy: o ok great

driver1de: cant wait to humiliiate Morgan

kinkyfunguy: i know morgan wants to make you something nice to eat

driver1de: really?

kinkyfunguy: yes

driver1de: her pussy?   😊

kinkyfunguy: lol hahahaha

driver1de: will you help me stretch Morgans pussy to open it as much as possible?

kinkyfunguy: how we do that

driver1de: with our hands

kinkyfunguy: yeah ok

driver1de: I can ask her to do it herself but want to open it more and then look inside with a torch

kinkyfunguy: a torch?

driver1de: oh wait, a LED light I meant

kinkyfunguy: lol ok

driver1de: isn't that a torch?

kinkyfunguy: we call it a flashlight

driver1de: ok, got it

driver1de: a torch is a flame? i wont do that to her

kinkyfunguy: that would hurt lol

driver1de: and burn off the hairs

kinkyfunguy: brush fire

driver1de: hahaha, i like it, bush fire!!!

kinkyfunguy: lol

driver1de: i've seen it once when a pussy bush was lit with a candle. it looks great

kinkyfunguy: really

driver1de: yes, it is not burning so easily as one might think

kinkyfunguy: how old was she in real life or movie

driver1de: about 40

kinkyfunguy: nice

driver1de: yes, she had a massive bush

driver1de: so you think it is still ok if I taped morgans bush and remove her hair this way before I leave. tell me openly please

kinkyfunguy: yes like i said im not a big fan of hair

driver1de: ok, fantastic. it is not a painless way to remove her hair though, thats why i am asking

kinkyfunguy: well guess she will have to take it

driver1de: yep!

kinkyfunguy: lol

driver1de: she'll get my cum on her breakfast in return and lots of pussy and asshole licking and tits of course

kinkyfunguy: see good trade off

driver1de: do you cum on her breakfast or dinner?

kinkyfunguy: you mean her food?

driver1de: yes

kinkyfunguy: no

driver1de: ah, thats what i meant to do

kinkyfunguy: ok you want to watch her eat it?

driver1de: yes

kinkyfunguy: ok with me, lol i don't have to eat it

driver1de: well, when you cum in her mouth she's also swallowing it

kinkyfunguy: sometimes sometimes i have her spit

driver1de: no cum dodging allowed ☺

driver1de: that's a famous porn series, you know this one?

kinkyfunguy: no what is it

driver1de: "no cum dodging allowed" is the title of a porn series

driver1de: girls swallow a big number of cum shot and lick it off the floor if a drop goes down

kinkyfunguy: wow never saw that

driver1de: google is your friend

kinkyfunguy: lol yes ur right

kinkyfunguy: can't believe ur coming over

kinkyfunguy: should be a great time

driver1de: oh i cant wait anymore

kinkyfunguy: yeah us either

kinkyfunguy: be new experience for my girl i told her bein 13 not many girls are this lucky

driver1de: good, you tell her this part, not may 50+ are lucky to meet 13yo girls, i feel privileged and even more so by doing so many great and nasty things to morgan

kinkyfunguy: i'll do that

kinkyfunguy: well my friend i have to get back to work

driver1de: ok, was good speaking to you. if we dont have a chance ro cennect on tox before sunday, pleas check e-mails

driver1de: i am flying out sunday and will not have access to tox

kinkyfunguy: ok will do my brother

driver1de: i'll probably send you my xell phine number tomorrow or so by mail

kinkyfunguy: ok sounds good im sure i will talk to you but if not have a safe flight

driver1de: yeah, we'll talk before, have great day, kisses for morgan

kinkyfunguy: ttyl

**June 9, 2017**

driver1de: hi mark, i saw your mail, yes everything is fine

kinkyfunguy: great my friend

driver1de: yeah, i am looking forward. i hope it hasn't been too bad for you fucking a hairy morgan

driver1de: you'll get relief soon ☺

kinkyfunguy: lol hairy or not she is still 13 and hot lol

driver1de: when's her birthda?

driver1de: y

kinkyfunguy: may 23

driver1de: so, she turned just 13 or she is 14 now?

kinkyfunguy: no turned 13

driver1de: wow, almost still 12, very hot

kinkyfunguy: yeah

kinkyfunguy: we can't wait to meet u but if something comes up and u can't make it we understand

driver1de: i dont hope so

kinkyfunguy: k

kinkyfunguy: cool

driver1de: the only thing we need to be careful about is risk

driver1de: no one of us wants to end up in jail

kinkyfunguy: yes on my end morgan would never tell on either of us very secure hope the same on ur end

driver1de: absolutely waterproof

kinkyfunguy: awesome!!!!!!

driver1de: even if i am taking photos

kinkyfunguy: of her

driver1de: yes

driver1de: you have concerns?

kinkyfunguy: i trust u so no

driver1de: ok, good, you can trust me!

kinkyfunguy: great u bringing a cam

driver1de: yep, love to get some nice pussy shots

kinkyfunguy: cool

kinkyfunguy: you ever make ur own vids

driver1de: no not yet, but this time i want to

kinkyfunguy: very nice

driver1de: when she is stripping

kinkyfunguy: will be fun

driver1de: oh yeah!

driver1de: and we open hir pussy wide

kinkyfunguy: mmm lol i was hopin to see u slap the 11 yo's pussy

driver1de: 11?

kinkyfunguy: the one u said with the belt

driver1de: oh, yes, understand

kinkyfunguy: now that would be cool to see

driver1de: that's long, long ago

driver1de: no clips from that

driver1de: but we'll make some with morgan

driver1de: and hang weights to her pussy lips

kinkyfunguy: you bringing that stuff

driver1de: yes, we'll see if it is enough

kinkyfunguy: i can't wait to see this new for me

driver1de: i think she will cry, se we need to put somthing in her mouth, may be her panties

kinkyfunguy: lol markus now thats hot!!!!

driver1de:

kinkyfunguy: how much weight did u bring

driver1de: only about 2 lbs

kinkyfunguy: is that enough

driver1de: that might not be enough

kinkyfunguy: ok guess we'll see

driver1de: we should start right away on friday evening

kinkyfunguy: yes i figured you wanted to since u have to leave saturday

driver1de: unfortunately

kinkyfunguy: its all good tho

driver1de: but it is good for the first time

kinkyfunguy: agree

driver1de: i am very excited to see how wide we can open her pussy with our hands

kinkyfunguy: idk never did before

driver1de: yeah, i never did it with a teenie

kinkyfunguy: does it hurt

driver1de: if we stretch her much, yes

kinkyfunguy: hope screaming won't bother u

driver1de: oh no, no. no, not at all, i love it

kinkyfunguy: mmmmm nice

driver1de: but your neighbors should not hear it

driver1de: we must be careful

kinkyfunguy: put the tv on louder

driver1de: that helps but it might not be good enough

driver1de: we must stuff her mouth

driver1de: with a pantie she has been wearing for a week

kinkyfunguy: why a week?

driver1de: it stinks

driver1de: you want longer?

kinkyfunguy: no a week should be enough i guess

driver1de: definitely

kinkyfunguy: well my friend very busy at work have to go

driver1de: ok, got it

driver1de: i am tomorrow again, can you?

driver1de: im on tomorrow

kinkyfunguy: maybe

driver1de: ok, i'll check

driver1de: i'll send you an e-mail when i arrive sunday night

kinkyfunguy: great so we know u arrived safe