# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | KOPP, MEINRAD | | | Reg #: | 68931-018 |
| Date of Birth: | 12/19/1961 | Sex: | M    Race: WHITE | Facility: | TCP |
| Note Date: | 01/06/2020 06:50 | Provider: | Newland, C. PA-C | Unit: | B02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Newland, C. PA-C

    Provider received Request to Staff email from IM requesting a renewal of their Atorvastatin 80mg, Metoprolol 5mg, Lisinopril 40 mg, Metformin 500 mg.
    Provider renewing IM's CCC medications.

**Line** (handwritten margin annotations: A, B, C, D, E, F, G)

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 349561-TCX | Apixaban 5 MG Tablet | 01/06/2020 06:50 | Take one tablet (5 MG) by mouth twice daily Note: this replaces rivaroxaban x 180 day(s) |
| | **Indication:** Cerebral infarction, Occlusion and stenosis of cerebral artery | | |
| 337502-TCX | Atorvastatin 80 MG TAB | 01/06/2020 06:50 | Take one tablet (80 MG) by mouth each evening ***NOTE DOSE and STRENGTH*** x 365 day(s) |
| | **Indication:** Hyperlipidemia, unspecified | | |
| 335203-TCX | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 01/06/2020 06:50 | ***pill line*** Inject 16 units of NPH insulin subcutaneously each morning----***pill line*** Inject 18 units of NPH insulin subcutaneously each evening x 365 day(s) Pill Line Only |
| | **Indication:** Type 2 diabetes mellitus | | |
| 330937-TCX | Insulin  Reg (10 ML) 100 UNITS/ML Inj | 01/06/2020 06:50 | Inject regular insulin subcutaneously per sliding scale: three times daily If BS 151-200 2 Units, If 201-250 4 Units, If 251-300 6 Units, If 301-350 8 Units, If 351-400 10 Units, If 401-450 12 Units, If > 451 14 Units, call provider PRN x 365 day(s) Pill Line Only |
| | **Indication:** Type 2 diabetes mellitus | | |
| 330935-TCX | Insulin  Reg (10 ML) 100 UNITS/ML Inj | 01/06/2020 06:50 | Inject 16 units of regular insulin subcutaneously three times a day x 365 day(s) Pill Line Only |
| | **Indication:** Type 2 diabetes mellitus | | |
| 330941-TCX | Lisinopril 40 MG Tab | 01/06/2020 06:50 | Take one tablet (40 MG) by mouth each evening ***note increased dose*** x 365 day(s) |
| | **Indication:** Type 2 diabetes mellitus, Essential (primary) hypertension | | |
| 330943-TCX | metFORMIN HCl  500 MG Tab | 01/06/2020 06:50 | Take one tablet (500 MG) by mouth twice daily x 365 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |

*Exhibit No. 1* (handwritten)

| Inmate Name: | KOPP, MEINRAD | | | Reg #: | 68931-018 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 12/19/1961 | Sex: | M   Race: WHITE | Facility: | TCP |
| Note Date: | 01/06/2020 06:50 | Provider: | Newland, C. PA-C | Unit: | B02 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| 330945-TCX | Metoprolol Tartrate  25 MG Tab | 01/06/2020 06:50 | Take one tablet (25 MG) by mouth twice daily ***NOTE DOSE and STRENGTH*** x 365 day(s) |

   **Indication:** Essential (primary) hypertension

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Newland, C. PA-C on 01/06/2020 06:52

| | | | | |
|---|---|---|---|---|
| Inmate Name: | KOPP, MEINRAD | | Reg #: | 68931-018 |
| Date of Birth: | 12/19/1961 | Sex: M   Race: WHITE | Facility: | TCP |
| Note Date: | 01/06/2020 06:50 | Provider: Newland, C. PA-C | Unit: | B02 |

Line A

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 330945-TCX | Metoprolol Tartrate 25 MG Tab | 01/06/2020 06:50 | Take one tablet (25 MG) by mouth twice daily ***NOTE DOSE and STRENGTH*** x 365 day(s) |

Indication: Essential (primary) hypertension

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Newland, C. PA-C on 01/06/2020 06:52

Exhibit No. 2



Federal Bureau of Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** KOPP, MEINRAD | **Facility** USP Tucson | **Collected** 11/13/2019 06:15 |
| **Reg #** 68931-018 | **Order Unit** B02-108L | **Received** 11/14/2019 09:27 |
| **DOB** 12/19/1961 | **Provider** Heidi Haight-Biehler, DO/CD | **Reported** 11/14/2019 11:56 |
| **Sex** M | | **LIS ID** 017191894 |

*Line A* (handwritten)

### CHEMISTRY, URINE

| Microalbumin, Urine Random | H | 20 | 0-17 | mg/L |
|---|---|---|---|---|

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 1

*Exhibit No 3* (handwritten)

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | KOPP, MEINRAD | | | Reg #: | 68931-018 |
|---|---|---|---|---|---|
| Date of Birth: | 12/19/1961 | Sex: M | Race: WHITE | Facility: | TCP |
| Note Date: | 05/03/2019 11:31 | Provider: | Cox, J. NP-C | Unit: | B02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**
 **ADMINISTRATIVE NOTE   1**  **Provider:** Cox, J. NP-C
  IM has duplicate orders for xray of lumbar. Canceling one order.

**Discontinued Radiology Request Orders:**

Line

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Lumbar-2 view AP/Lat | One Time | | 04/30/2019 | Routine |

A
 **Specific reason(s) for request (Complaints and findings):**
  *Chronic low back pain with possible arthritis or degenerative disc disease changes.*

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Cox, J. NP-C on 05/03/2019 12:11

Exhibit No. 4

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | KOPP, MEINRAD | | | Reg #: | 68931-018 |
| Date of Birth: | 12/19/1961 | Sex: M | Race: WHITE | Facility: | TCP |
| Note Date: | 07/16/2019 08:29 | Provider: | Ramsey, V. AGNP-BC | Unit: | B02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** Ramsey, V. AGNP-BC
         Med renewal orders.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 330929-TCX | Apixaban 5 MG Tablet | 07/16/2019 08:29 | Take one tablet (5 MG) by mouth twice daily Note: this replaces rivaroxaban x 90 day(s) |

   **Indication:** Cerebral infarction, Occlusion and stenosis of cerebral artery

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ramsey, V. AGNP-BC on 07/16/2019 08:32

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | KOPP, MEINRAD | | Reg #: | 68931-018 |
| Date of Birth: | 12/19/1961 | Sex: M   Race: WHITE | Facility: | TCP |
| Note Date: | 06/29/2020 15:26 | Provider: Ash, A. MD | Unit: | B02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE  **1**     Provider:  Ash, A. MD
     renewing inmate's medication

*Line* **Renew Medication Orders:**
*A*

| Rx# | Medication | Order Date |
|---|---|---|
| 353415-TCX | Apixaban 5 MG Tablet | 06/29/2020 15:26 |

      **Prescriber Order:**   Take one tablet (5 MG) by mouth twice daily x 180 day(s)
      Indication:  Cerebral infarction, Occlusion and stenosis of cerebral artery

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ash, A. MD on 06/29/2020 15:27

*Exhibit No. 5*

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 68931-018      Inmate Name: KOPP, MEINRAD

| Line | Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|---|
| | **Current** | | | | | | |
| A | Type 2 diabetes mellitus | | | | | | |
| | 01/24/2018 13:54 EST  Marshall, D. FNP-C | | ICD-10 | E119 | 01/24/2018 | Current | |
| | previously on insulin prior to incarceration | | | | | | |
| B | Hyperlipidemia, unspecified | | | | | | |
| | 01/24/2018 13:54 EST  Marshall, D. FNP-C | | ICD-10 | E785 | 01/24/2018 | Current | |
| C | Major depressive disorder, recurrent | | | | | | |
| | 01/24/2018 13:54 EST  Marshall, D. FNP-C | | ICD-10 | F339 | 01/24/2018 | Current | |
| | No medication currently | | | | | | |
| D | Presbyopia | | | | | | |
| | 02/12/2019 10:24 EST  Hutchins, T OD | | ICD-10 | H524 | 02/12/2019 | Current | |
| E | Unspecified hearing loss | | | | | | |
| | 02/02/2018 18:51 EST  Ash, A. MD | | ICD-10 | H9190 | 02/02/2018 | Current | |
| F | Tinnitus | | | | | | |
| | 02/02/2018 18:47 EST  Ash, A. MD | | ICD-10 | H9319 | 01/30/2018 | Current | |
| G | Essential (primary) hypertension | | | | | | |
| | 01/24/2018 13:56 EST  Marshall, D. FNP-C | | ICD-10 | I10 | 01/24/2018 | Current | |
| H | Cerebral infarction | | | | | | |
| | 02/02/2018 18:31 EST  Ash, A. MD | | ICD-10 | I639 | 2012 | Current | |
| | hx of | | | | | | |
| | 01/24/2018 13:54 EST  Marshall, D. FNP-C | | ICD-10 | I639 | 01/24/2018 | Current | |
| I | Occlusion and stenosis of cerebral artery | | | | | | |
| | 02/02/2018 18:31 EST  Ash, A. MD | | ICD-10 | I669 | 2012 | Current | |
| | one hypoplastic vessel and one 60-70% occluded vessel to brain per IM | | | | | | |
| | 01/24/2018 13:54 EST  Marshall, D. FNP-C | | ICD-10 | I669 | 01/24/2018 | Current | |
| | one hypoplastic vessel and one 60-70% occluded vessel to brain per IM | | | | | | |
| | Periapical abscess without sinus | | | | | | |
| | 02/07/2019 12:34 EST  Ricard, Raphael DDS | | ICD-10 | K047 | 02/07/2019 | Current | |
| | Pulpal exposure. Prognosis is poor. Recommend extraction. | | | | | | |
| | Periapical abscess without sinus | | | | | | |

Generated 07/14/2020 13:42 by Villa, Inez CPhT/HIT     Bureau of Prisons - TCP     Page 1 of 2

Exhibit No. 6

| Begin Date: | 01/01/2020 | | End Date: | 07/14/2020 |
|---|---|---|---|---|
| Reg #: | 68931-018 | | Inmate Name: | KOPP, MEINRAD |

(Reference Range: Random or Fasting 70 - 100, 2 hour post-prandial 70 - 140)

| Date | Time | Value | Type | Comments |
|---|---|---|---|---|
| 01/04/2020 | 12:19 TCX | 98 | Fasting | |
| Orig Entered: 01/04/2020 14:20 EST  Avilez, J. RN | | | | |
| 01/03/2020 | 12:37 TCX | 219 | Random | |
| Orig Entered: 01/03/2020 14:38 EST  Estrada, Ramon LVN | | | | |
| 01/03/2020 | 06:58 TCX | 174 | Random | |
| Orig Entered: 01/03/2020 09:00 EST  Estrada, Ramon LVN | | | | |
| 01/02/2020 | 17:15 TCX | 140 | Random | |
| Orig Entered: 01/02/2020 19:16 EST  Schuler, B. RN, IDC/IOP | | | | |
| 01/02/2020 | 07:07 TCX | 224 | Random | |
| Orig Entered: 01/02/2020 09:09 EST  Estrada, Ramon LVN | | | | |
| 01/01/2020 | 06:51 TCX | 202 | Unknown | |
| Orig Entered: 01/01/2020 08:52 EST  Williams, J. LPN | | | | |

**Total:** 206



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** KOPP, MEINRAD | **Facility** USP Tucson | **Collected** 11/13/2019 06:15 |
| **Reg #** 68931-018 | **Order Unit** B02-108L | **Received** 11/14/2019 09:27 |
| **DOB** 12/19/1961 | **Provider** Heidi Haight-Biehler, DO/CD | **Reported** 11/14/2019 10:29 |
| **Sex** M | | **LIS ID** 017191894 |

Linc

## CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Sodium | | 143 | 136-146 | mmol/L |
| Potassium | | 4.5 | 3.6-4.9 | mmol/L |
| Chloride | | 104 | 98-108 | mmol/L |
| CO2 | | 28 | 22-29 | mmol/L |
| BUN | | 14 | 7-24 | mg/dL |
| Creatinine | | 0.79 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.6-10.4 | mg/dL |
| Glucose | H | 158 | 70-110 | mg/dL |
| AST | | 23 | 10-37 | U/L |
| ALT | | 37 | 8-40 | U/L |
| Alkaline Phosphatase | | 62 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.4 | 6.3-8.3 | g/dL |
| Albumin | | 4.7 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.74 | 1.00-2.30 | |
| Anion Gap | | 11.1 | 9.0-19.0 | |
| BUN/Creat Ratio | | 17.7 | 5.0-30.0 | |
| Cholesterol | | 111 | 50-200 | mg/dL |
| Triglycerides | H | 272 | <150 | mg/dL |
| HDL Cholesterol | L | 28 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 29 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 4.0 | 0.0-4.0 | |

A (handwritten marker next to Triglycerides row)

## SPECIAL CHEMISTRY

| Test | Value | Range | Units |
|---|---|---|---|
| T4, Free | 1.19 | 0.93-1.70 | ng/dL |
| PSA, Total | 1.12 | <3.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| Test | Value | Range | Units |
|---|---|---|---|
| TSH | 1.85 | 0.50-5.00 | uIU/mL |

## HEMATOLOGY

| Test | Value | Range | Units |
|---|---|---|---|
| WBC | 7.6 | 3.5-10.5 | K/uL |
| RBC | 5.56 | 4.10-6.00 | M/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 2

Exhibit No. 7

 **Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** KOPP, MEINRAD | **Facility** USP Tucson |
| **Reg #** 68931-018 | **Order Unit** B02-108L |
| **DOB** 12/19/1961 | **Provider** Heidi Haight-Biehler, DO/CD |
| **Sex** M | |

**Collected** 11/13/2019 06:15
**Received** 11/14/2019 09:27
**Reported** 11/14/2019 10:29
**LIS ID** 017191894

## HEMATOLOGY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Hemoglobin | | 16.9 | 12.0-17.5 | g/dL |
| Hematocrit | | 49.5 | 38.8-50.0 | % |
| MCV | | 89.0 | 76.0-100.0 | fL |
| MCH | | 30.4 | 27.0-33.0 | pg |
| MCHC | | 34.1 | 28.0-36.0 | g/dL |
| RDW-CV | | 13.1 | 12.0-15.0 | % |
| Platelet | L | 142 | 150-450 | K/uL |
| MPV | H | 11.8 | 6.9-10.5 | fL |

## HEMOGLOBIN A1C

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.9 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 2 of 2

BP-S148.055  INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: Mail Room, Mail Tracking | DATE: 08/10/2020 |
|---|---|
| FROM: Meinrad Kopp #109 | REGISTER NO.: 68951-018 |
| WORK ASSIGNMENT: w/9 | UNIT: B-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Can you please track these numbers for me, when and where they have last been tracked:

1. 7018 3090 0000 4941 8592

2. 7019 1120 0000 7415 9595

Thank you

(Do not write below this line)

DISPOSITION:




                Signature Staff Member                    Date

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

Indictment: "If the defendant fails to raise the challenge of the DC level [that an indictment is insufficient] then on [post-conviction] the indictment will be construed liberally in favor of its sufficiency." US v. Howard 947 F3d 936, 942 (6th, 2020) US v. Gatewood 173 F3d 983, 986 (6th, 1999)



USPS Priority Mail Express envelope, postmarked North Miami, FL, May 08, 20, $26.35.

FROM: Law Office of Bijan Parwaresch, 407 Lincoln Rd. Suite 12E, Miami Beach, FL 33139
Phone: (305) 906-0749

TO: Meinrad Kopp, Register # 68931-018, US Penitentiary Tucson, P.O. Box 24550, Tucson, AZ 85734
ZIP+4: 33137-2300

Tracking: EJ 315 961 626 US
USPS Corporate Acct. No.: 145677
Federal Agency Acct. No.: 2252
PO ZIP Code: 33181
Scheduled Delivery Date: 5-9-20
Postage: $26.35
Date Accepted: 5-8-20
Time Accepted: 1:39 PM
Weight: 12 oz
Total Postage & Fees: $26.35
$100.00 insurance included.

Handwritten calculations (partial):
- 109
- 4352·3 = 13056
- 130·12 = 108
- 2800·x = 1500
- 15000·280
- 14000
- 100000  13000  10000
- 174800 / 17480
- 10800 / 800
- 200.000 / 192.280 / 7.720
- 230.000 / 192.280 / 37.720
- 35.000 / 3500
- 8.500 / 21.000 / 29.500
- 400.000 / 150.000 / 210.000 / 760.000
- 135:12 = 11,2
- 46.000 / 21.000 / 25.000
- 1200000·5 = 6000000
- 1,140,000 / 880,000 / 2,020,000 / 880
- 4505·3 = 1515
- 4353 / 1515 / 4505 / 1500
- 2800·3 = 8400
- 760:3 = 2280
- 1. 702·3 = 2346  20
- 006·3 = ?
- 830·3 = 2490  20
- 855·3 = 2565
- 5. 881·3 = 264  26
- 6. 907·3 = 278
- 8.962·3 = 28?  29
- 9. 991·3 = 297  30
- 10. 1021·3 = 304  30
- 1051·3 = 32?
- 1083·3 = 324  32
- 1115·3 = ?  34
- 1149·3 = ?
- 334? / 3447
- 3050·3 = 917
- 3150·3 = 945
- 3245·3 = 97?
- 3343·3 = 1002
- 3403·3 = 132
- 3466·3 = 1062
- 3653·3 = 1094
- 3762·3 = 112?
- 3875·3 = 1162
- 3991·3 = ?
- 4111·3 = 123?
- 4235·3 = ?