In the United States District Court of
the Middle District of Florida

Meinrad Kopp,
Petitioner,

v.

United States of America,
Respondent.

Case No. 6-17-cr-159-Orl-40-DCI

2020 SEP 11 PM 2: 14

## Motion For Reconsideration

COMES NOW, Petitioner's Motion for Reconsideration of the Court's allegation on "... his confession to having perpetrated a prior offense."

Meinrad Kopp, HEREINAFTER called Petitioner rejects this Court's notion of having perpetrated a prior offense as stated in the Court's order from August 19, 2020, received on August 28, 2020 on page 7, lines 14-15 (citation above).

Petitioner has continuously objected and continues to object that he at any time during his entire lifetime has perpetrated the crime alleged by the Court in its statement quoted from its Order above. See Exhibit No. 1, Lines 5-7 (from Initial Appeal's Brief), also referencing sentencing and sentencing transcript DE: 77: 29-31.

The "confession" the Court refers to in above quoted Order,

page 1/2

has at no time been a real crime, but has been pure fantasy only.

    Petitioner therefore kindly requests and moves this Honorable Court to expunge the allegation of a prior offense for the reasons stated above.

Respectfully submitted on September 2nd, 2020

*[signature]*

Meinrad Kopp
Reg-No. 68931-018
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

In the United States District Court of
the Middle District of Florida

## CERTIFICATE OF SERVICE

Petitioner, Meinrad Kopp, HEREBY CERTIFIES under penalty of perjury that the aforementioned statements are true and correct. The instant motion complies with the Federal Rules of Civil Procedure. The filing of this instant motion also complies with the Mailbox Rule proscribed in Title 28 U.S.C. §1746. The instant motion was placed in a pre-paid and properly marked envelope which was addressed and sent to this Court at 401 W. Central Blvd., Suite 1200, Orlando, FL 32801. A copy of this instant motion was also sent to the United States Attorney's office for the Middle District of Florida.

Respectfully submitted on September 2, 2020

_____
Meinrad Kopp
#68931-018
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734